**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KEANA TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>TEXTER FROM 406-204-1041 AKA Get Relief RX LLC AKA Bruce Smith AKA Charles Chambless AKA Aubrey Prince,<br><br>Defendant. | Case No.: 4:25-cv-4901 |

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Keana Taylor ("Plaintiff") and Defendant, TEXTER FROM 406-204-1041 a/k/a Get Relief RX LLC a/k/a Bruce Smith a/k/a Charles Chambless a/k/a Aubrey Prince ("Defendant") hereby notifies the Court that Plaintiff voluntarily dismisses this lawsuit with prejudice, including the dismissal of any and all claims against Defendant TEXTER FROM 406-204-1041 a/k/a Get Relief RX LLC a/k/a Bruce Smith a/k/a Charles Chambless a/k/a Aubrey Prince, including any allegations and claims raised in the lawsuit against the individual members of Get Relief RX LLC Bruce Smith, Charles Chambless and Aubrey Prince, WITH prejudice.

A Proposed Order granting the dismissal is attached hereto.

October 7, 2026

Respectfully submitted,

*<u>/s/ Keana T. Taylor</u>*

Keana T. Taylor
Texas State Bar No: 24042013
Email: keana@taylordykema.com

Erik Dykema
New Jersey State Bar No: 021652010
Email: erik@taylordykema.com

**Taylor Dykema PLLC**
914 E. 25th St.
Houston, Texas 77009
Telephone: 713-299-6404

*_/s/ Tessa R. Scott_*
Brendan H. Little, Esq.
Tessa R. Scott, Esq. (Pro Hac Vice forthcoming)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
T: (716) 853-5100
F: (716) 853-5199
E: blittle@lippes.com
tscott@lippes.com

**LIPPES MATHIAS LLP**

*Attorneys for Defendants,*
*Get Relief RX LLC, Bruce Smith,*
*Charles Chambless, and*
*Aubrey Prince*

## CERTIFICATE OF SERVICE

I hereby certify that today, October 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ *Keana T. Taylor*
Keana T. Taylor