**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KEANA TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>TEXTER FROM 406-204-1041 AKA Get Relief RX LLC AKA Bruce Smith AKA Charles Chambless AKA Aubrey Prince,<br><br>Defendants. | Case No.: 4:25-cv-4901 |

**[PROPOSED] ORDER GRANTING**
**DISMISSAL OF THE LAWSUIT**

Upon consideration of Plaintiff Keana Taylor's Stipulation of Dismissal, the Court hereby dismisses this lawsuit and all claims against Defendant TEXTER FROM 406-204-1041 a/k/a Get Relief RX LLC a/k/a Bruce Smith a/k/a Charles Chambless a/k/a Aubrey Prince, including any and all claims asserted therein relating to the individual members of Get Relief RX LLC, Bruce Smith, Charles Chambless and Aubrey Prince, WITH prejudice.

IT IS SO ORDERED.

Signed this ____ day of _________________, 202_

_________________________________
HON. GEORGE C HANKS, JR.